UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEURIS R. PRESINAL, ET AL.,

        Plaintiffs,

-v-

PIMENTEL DELI GROCERY II CORP., ET AL.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/28/2025__

**ORDER**

25-CV-1374 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' status report dated October 27, 2025, in which the parties report that they continue to engage in settlement discussions. ECF No. 30. The parties are reminded that the August 20, 2025 Case Management Plan and Scheduling Order remains in effect, wherein the deadlines for all depositions was set as November 19, 2025, and the deadline for the completion of all fact discovery was set as December 22, 2025. ECF No. 28.

By **November 26, 2025**, the parties are directed to submit a joint status report in which the parties should list the depositions that have been completed and what, if any, additional fact discovery remains outstanding.

**SO ORDERED.**

Dated: October 28, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1