USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/27/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**YEURIS R. PRESINAL,** *individually and on behalf of others similarly situated*,

                                        **Plaintiffs,**

                    -against-

**PIMENTEL DELI GROCERY II CORP.** *doing business as PIMENTEL DELI GROCERY II CORP.*, et al.,

                                        **Defendants.**

---

**1:25-cv-01374 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of a notice of acceptance with offer of judgement from the parties, advising the Court that the parties have reached a settlement in this matter. *See* ECF No. 42. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  The proposed settlement and accompanying memorandum shall be filed no later than **February 27, 2026.**

**SO ORDERED.**

**Dated**:    **January 27, 2026**
              **New York, New York**

_____

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**