USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/29/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

YEURIS R. PRESINAL, individually and on behalf of others similarly situated,

                                    *Plaintiff*,                              Civil Action No. **1:25-cv-01374-ALC**

-against-

                                                                                      **ORDER OF JUDGMENT**

PIMENTEL DELI GROCERY II CORP.
(D/B/A PIMENTEL DELI GROCERY II
CORP.), DIGNA DELI GROCERY CORP
(D/B/A PIMENTEL DELI GROCERY),
REYSON PIMENTEL, and CHIRIDEIVIS ORTIZ,

                                    *Defendants*.

-------------------------------------------------------------------X

## <u>JUDGMENT</u>

On January 26, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Yeuris R. Presinal, has judgment against Pimentel Deli Grocery II Corp. (d/b/a Pimentel Deli Grocery II Corp.), Digna Deli Grocery Corp (d/b/a Pimentel Del Grocery), Reyson Pimentel, and Chirideivis Ortiz, jointly and severally, in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00), which is inclusive of attorneys' fees and costs.

SO ORDERED

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 29, 2026
New York, NY